| United States Bankruptcy Court<br>Middle District of Pennsylvania | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**The Northeast Theatre** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FKA The Northeastern Theater Ensemble Inc.; AKA Griffin<br>Conservatory; DBA Electric Theatre Company** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**23-2707202** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**326 Spruce Street<br>Scranton, PA**<br>ZIP Code **18503** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Lackawanna** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P O Box 854<br>Scranton, PA**<br>ZIP Code **18501** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9      of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12   ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13   of a Foreign Nonmain Proceeding |

**Tax-Exempt Entity**
(Check box, if applicable)
■ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts.

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**      THIS SPACE IS FOR COURT USE ONLY
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **The Northeast Theatre** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>   Signature of Attorney for Debtor(s)                    (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **The Northeast Theatre** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Ernest A. Sposto Jr., Esq.**
_____
Signature of Attorney for Debtor(s)

**Ernest A. Sposto Jr., Esq. 78008**
_____
Printed Name of Attorney for Debtor(s)

**Sposto Law Offices, PC**
_____
Firm Name

**108 N. Washington Avenue
Suite 701
Scranton, PA 18503-1818**

_____
Address

**(570) 340-1556  Fax: (570) 340-1557**
_____
Telephone Number

**August 10, 2011**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Thomas H. Walker, Jr.**
_____
Signature of Authorized Individual

**Thomas H. Walker, Jr.**
_____
Printed Name of Authorized Individual

**President, Brd. of Dir.**
_____
Title of Authorized Individual

**August 10, 2011**
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re    **The Northeast Theatre**                           ,      Case No. _____

Debtor

Chapter              **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 17,176.99 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | 80,049.28 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 17 | | | |
| Total Assets | | | 17,176.99 | | |
| Total Liabilities | | | | 80,049.28 | |

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re    **The Northeast Theatre**                        ,      Case No. _____

                                                   Debtor

                                                   Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re    **The Northeast Theatre**                ,    Case No. _____

                                     Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |
| | (Report also on Summary of Schedules) | |

  **0**   continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

In re **The Northeast Theatre** , Case No. _____
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account  (#4112)** **The Northeast Theatre / DBA Electric City Theatre** **Fidelity Deposit & Discount Bank** **338 North Washington Avenue** **Scranton, PA 18503** | - | 1,135.99 |
| | | **Checking Account (#1512)** **Electric Theatre Co. / Arts Engage** **Fidelity Deposit & Discount Bank** **338 North Washington Avenue** **Scranton, PA 18503** | - | 1.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Various tables, chairs, and pianos.** | - | 6,280.00 |
| | | **Electronics** | - | 310.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Sketch Picture** | - | 30.00 |
| | | **Play Texts and Children's books** | - | 35.00 |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Sub-Total >     **7,791.99**
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

In re  **The Northeast Theatre**                                   ,  Case No. _____

_____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Class A Common Stock Time Warner Cable 10 Shares** | - | 650.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | **Income from Griffin Conservatory for actors of the Northeast Theater Fund, owned by Scranton Area Foundation, Inc. (Terminates upon dissolution).** | - | 0.00 |

Sub-Total >  650.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re    **The Northeast Theatre**                                    ,          Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Contingent, unliquidated, claim for royalties, if any, derived from future production of Nancy Hasty play, "Lawnchairs".** | - | 0.00 |
| | | **Contingent, unliquidated, claim for royalties, if any, derived from future production of Kitty Chen play, "Rosa Loses her Face".** | - | 0.00 |
| | | **Contingent, unliquidated, claim for royalties, if any, derived from future production of Richard Atkins play, "The Men of Mahjong".** | - | 0.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Various Office Equipment and Supplies** | - | 455.00 |
| | | **Lights, Controls, Audience Seating, Risers, Power Tools.** | - | 8,280.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

|  | Sub-Total > | **8,735.00** |
|---|---|---|
|  | (Total of this page) | |

Sheet  __2__  of  __3__   continuation sheets attached
to the Schedule of Personal Property

In re __The Northeast Theatre_____,     Case No. _____
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 0.00 |
| Total > | 17,176.99 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re  **The Northeast Theatre**  ,  Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

**0** continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | | |
| Total (Report on Summary of Schedules) | 0.00 | 0.00 |

In re __The Northeast Theatre_____,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

__0__   continuation sheets attached

In re   **The Northeast Theatre**                ,         Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **2182 and 1321**<br><br>**Actors Equity Association**<br>**165 West 46th Street**<br>**New York, NY 10036** | | - | | | 06/22/2010 to 02/14/2011<br>Audition studio rentals | | | | 260.00 |
| Account No. **10029349**<br><br>**Berkley Mid-Atlantic**<br>**P O Box 508458**<br>**Charlotte, NC 28258** | | - | | | March 2011<br>Insurance premium<br>(Liability & Property Casualty) | | | | 563.00 |
| Account No. **5268**<br><br>**Capital One Bank**<br>**Attn: Gen'l correspondence**<br>**P O Box 30285**<br>**Salt Lake City, UT 84130** | X | - | | | Various Dates<br>Misc. Purchases | | | | 4,110.38 |
| Account No. **3852**<br><br>**Citibusiness Card**<br>**P O Box 6235**<br>**Sioux Falls, SD 57117** | X | - | | | Various dates<br>Misc. purchases | | | | 13,588.43 |

  __7__   continuation sheets attached                                       Subtotal       | **18,521.81**
(Total of this page)

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com         S/N:33420-110725    Best Case Bankruptcy

In re   **The Northeast Theatre**                                                                              Case No. _____
                                                                            ,
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **66618** | | | | 05/05/10 - 05/05/11 Entertainment license | | | | |
| **City of Scranton** **340 N. Washington Ave.** **Scranton, PA 18503** | | - | | | | | | |
| | | | | | | | | 504.00 |
| Account No. **016030832542-02-3** | | | | May/July 2011 Telephone and Internet Service | | | | |
| **Comcast** **1555 Suzy Street** **Lebanon, PA 17046** | | - | | | | | | |
| | | | | | | | | 396.21 |
| Account No. | | | | 01/15/10 - 05/25/10 Contracted Sound Design & acting fee | | | | |
| **Conor McGuigan** **1426 Wyoming Avenue** **Scranton, PA 18509** | | - | | | | | | |
| | | | | | | | | 518.91 |
| Account No. | | | | 09/28/10 - 05/09/11 Printing service | | | | |
| **Courtside Document Service** **410 Spruce Street** **Scranton, PA 18503** | | - | | | | | | |
| | | | | | | | | 1,270.00 |
| Account No. | | | | 08/13/08-06/18/2011 Reimbursement for supplies, travel, postage, web fees, set materials, etc. | | | | |
| **David Zarko** **600 Clay Avenue** **Scranton, PA 18510** | | - | | | | | | |
| | | | | | | | | 12,481.95 |

Sheet no. __**1**___ of __**7**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,171.07

In re **The Northeast Theatre**                    ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Various Dates Loan | | | | |
| David Zarko 600 Clay Avenue Scranton, PA 18510 | | - | | | | | | 3,055.30 |
| Account No. | | | | 03/13/2009 Balance on loan made on this date for $2,000.00 | | | | |
| David Zarko 600 Clay Avenue Scranton, PA 18510 | | - | | | | | | 1,000.00 |
| Account No. 1079192 | | | | May-July 2011 Electric Service | | | | |
| Direct Energy Business P O Box 643249 Pittsburgh, PA 15264-3249 | | - | | | | | | 304.58 |
| Account No. | | | | 11/03/08 - 11 10 10 Props, supplies, postage, design fees, and bookkeeping services | | | | |
| Elizabeth Feller 407 Winola Road Clarks Summit, PA 18411 | | - | | | | | | 8,008.71 |
| Account No. | | | | Various Dates Balance on loans | | | | |
| Elizabeth Feller 407 Winola Road Clarks Summit, PA 18411 | | - | | | | | | 5,711.30 |

Sheet no. __2__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          18,079.89

In re   **The Northeast Theatre**                                    ,          Case No. _____
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | | | April 20, 2011 **Audit of Books** | | | | |
| **Ginader, Jones, & Co.** 321 Spruce Street Scranton, PA 18503 | | - | | | | | | | 3,400.00 |
| Account No. | | | | | June 2011 **Bulk e-mail service** | | | | |
| **Groundspring** Presidio Bldg 1014 P O Box 29256 San Francisco, CA 94129 | | - | | | | | | | 29.95 |
| Account No. | | | | | 01/04/09-06/30/09 **Independent Contractor Fee for Bookkeeping Services and acting Honorarium** | | | | |
| **Heather Stuart** 1240 Clay Avenue Scranton, PA 18510 | | - | | | | | | | 525.00 |
| Account No. | | | | | 11/10/10 **Set design fee/travel** | | | | |
| **Jacqueline Kibbe** 544 ridge Rd Montgomery, PA 17752 | | - | | | | | | | 175.48 |
| Account No. | | | | | Various dates **Contracted Director Contracted Light Designer** | | | | |
| **James Langan** 446 Harrison St Scranton, PA 18510 | | - | | | | | | | 5,813.55 |

Sheet no. __3__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    9,943.98

In re **The Northeast Theatre**                                         , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. | | | 11/02/2009 Correction - tax withholding | | | | |
| Jodi Lin 157 Rivington Street Apt. 7 New York, NY 10002 | | - | | | | | |
| | | | | | | | 1.00 |
| Account No. | | | 11/14/10-03/01/11 Creation of Production Guides | | | | |
| Kim Wadsworth 80 Clinton Ave Apt 4 Brooklyn, NY 11205 | | - | | | | | |
| | | | | | | | 150.00 |
| Account No. | | | March 2011 Travel Reimbursement | | | | |
| Mary Ann Swords-Green 1111 Stoheham Circle Hatfield, PA 19440 | | | | | | | |
| | | | | | | | 78.00 |
| Account No. | | | June-July 2011 Subscription for on-line fund raising account. | | | | |
| Network For Good Presidio Bldg 1014 P O Box 29256 San Francisco, CA 94129 | | - | | | | | |
| | | | | | | | 46.62 |
| Account No. | | | Through August 2011 Back Rent | | | | |
| PHYL Corporation 209 North Main Ave. Scranton, PA 18504 | | - | | | | | |
| | | | | | | | 8,550.00 |

Sheet no. __4__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)            **8,825.62**

In re __The Northeast Theatre_____ ,   Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **1375** <br><br> **Platinum Plus for Bus. Visa** <br> **Bank of America** <br> **P O Box 982238** <br> **El Paso, TX 79998** | X | - | | Various Dates <br> Misc. Purchases | | | | 2,501.20 |
| Account No. **3519** <br><br> **Platinum Plus for Bus. Visa** <br> **Bank of America** <br> **P O Box 982238** <br> **El Paso, TX 79998** | X | - | | Various Dates <br> Misc. Purchases | | | | 257.46 |
| Account No. **2567** <br><br> **Platinum Plus for Bus. Visa** <br> **Bank of America** <br> **P O Box 982238** <br> **El Paso, TX 79998** | X | - | | Various Dates <br> Misc. Purchases | | | | 115.44 |
| Account No. **8359** <br><br> **Platinum Plus for Bus. Visa** <br> **Bank of America** <br> **P O Box 982238** <br> **El Paso, TX 79998** | X | - | | Various Dates <br> Misc. Purchases | | | | 622.75 |
| Account No. **4053** <br><br> **Platinum Visa Business Card** <br> **Bank of America** <br> **P O Box 982238** <br> **El Paso, TX 79998** | X | - | | Various dates <br> Misc. purchases | | | | 1,983.00 |

Sheet no. __5___ of __7___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  | 5,479.85

In re   **The Northeast Theatre**_____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **74989-33008**<br><br>**PPL Electric Utilities**<br>**North 9th Street**<br>**RPC-GENNI**<br>**Allentown, PA 18101** | | - | | | May 2011-July 2011<br>Electric Service | | | | 404.83 |
| Account No.<br><br>**Queens Theatre in the Park**<br>**P O Box 520069**<br>**Flushing, NY 11352** | | - | | | 08/12/2010<br> Reimbursement for overpayment of joint production expenses | | | | 1,799.55 |
| Account No.<br><br>**Rachael Miller**<br>**23 Hudson Place**<br>**Apt. 2**<br>**Weehawken, NJ 07086** | | - | | | 04/27/2010-11/10/2010<br>Costume Design Fee | | | | 678.95 |
| Account No. **05056233**<br><br>**State Workmens Ins**<br>**100 Lackawanna Ave**<br>**P O Box 5100**<br>**Scranton, PA 18505-5100** | | - | | | 7/11/2011 Worker's Compensation Ins. premium | | | | 431.00 |
| Account No.<br><br>**Teresa Mastrobono**<br>**230 Spruce Street**<br>**Lititz, PA 17543** | | - | | | 04/03/2009<br>Teaching Honorarium | | | | 20.00 |

Sheet no. __6__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **3,334.33**

In re __The Northeast Theatre_____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 0821-0<br><br>**Waste Management<br>13 Peggy Pkwy.<br>Dunmore, PA 18512** | | - | | **May 2011-July 2011<br>Trash Removal** | | | | 492.73 |
| Account No.<br><br>**WVIA<br>70 Old Boston Road<br>Pittston, PA 18640** | | - | | **01/01/09<br>Placement on event calandar** | | | | 200.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __7___ of __7___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | | 692.73 |
| Total<br>(Report on Summary of Schedules) | | 80,049.28 |

In re    **The Northeast Theatre**        ,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
| **Kitty Chen**<br>**152 W. 94th Street**<br>**Apt. 1**<br>**New York, NY 10025** | **Debtor has contingent, unliquidated, claim for future royalties.** |
| **Nancy Hasty**<br>**804 N. Webster Ave**<br>**Scranton, PA 18510** | **Debtor has contingent, unliquidated, claim for future royalties.** |
| **PHYL Corporation**<br>**209 North Main Ave.**<br>**Scranton, PA 18504** | **Rental of theatre space at 326 Spruce Street, 2nd Floor, Scranton, PA 18503.**<br>**On going month to month verbal agreement** |
| **Richard & Cheryl Atkins**<br>**c/o Paradigm Agency**<br>**360 Park Ave South 16th Fl**<br>**New York, NY 10010** | **Debtor has contingent, unliquidated, claim for future royalties.** |

**0**

\_\_\_\_ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re  **The Northeast Theatre**                                              ,          Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **David Zarko**<br>**600 Clay Avenue**<br>**Scranton, PA 18510** | **Citibusiness Card**<br>**P O Box 6235**<br>**Sioux Falls, SD 57117** |
| **David Zarko**<br>**600 Clay Avenue**<br>**Scranton, PA 18510** | **Platinum Visa Business Card**<br>**Bank of America**<br>**P O Box 982238**<br>**El Paso, TX 79998** |
| **David Zarko**<br>**600 Clay Avenue**<br>**Scranton, PA 18510** | **Platinum Plus for Bus. Visa**<br>**Bank of America**<br>**P O Box 982238**<br>**El Paso, TX 79998** |
| **David Zarko**<br>**600 Clay Avenue**<br>**Scranton, PA 18510** | **Platinum Plus for Bus. Visa**<br>**Bank of America**<br>**P O Box 982238**<br>**El Paso, TX 79998** |
| **David Zarko**<br>**600 Clay Avenue**<br>**Scranton, PA 18510** | **Platinum Plus for Bus. Visa**<br>**Bank of America**<br>**P O Box 982238**<br>**El Paso, TX 79998** |
| **David Zarko**<br>**600 Clay Avenue**<br>**Scranton, PA 18510** | **Platinum Plus for Bus. Visa**<br>**Bank of America**<br>**P O Box 982238**<br>**El Paso, TX 79998** |
| **David Zarko**<br>**600 Clay Avenue**<br>**Scranton, PA 18510** | **Capital One Bank**<br>**Attn: Gen'l correspondence**<br>**P O Box 30285**<br>**Salt Lake City, UT 84130** |

**0**

_____ continuation sheets attached to Schedule of Codebtors

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re **The Northeast Theatre**  Case No. _____

Debtor(s)  Chapter **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President, Brd. of Dir. of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**19**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **August 10, 2011** _____   Signature **/s/ Thomas H. Walker, Jr.** _____

**Thomas H. Walker, Jr.**
**President, Brd. of Dir.**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re   **The Northeast Theatre**                                    Case No. _____

                                        Debtor(s)            Chapter    **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| **$-3,573.00** | **Loss for current fiscal year (7/1/2011 to current)** |
| **$-11,872.00** | **Loss for 7/1/2010 to 6/30/2011** |
| **$-23,945.00** | **Loss from 7/1/2009 to 6/30/2010** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Elizabeth Feller**<br>**407 Winola Road**<br>**Clarks Summit, PA 18411**<br>**Director (Wages)** | **06/30/2011** | **$146.50** | **$0.00** |
| **Elizabeth Feller**<br>**407 Winola Road**<br>**Clarks Summit, PA 18411**<br>**Director (Wages)** | **06/23/2011** | **$151.50** | **$0.00** |
| **Elizabeth Feller**<br>**407 Winola Road**<br>**Clarks Summit, PA 18411**<br>**Director (Wages)** | **06/17/2011** | **$151.50** | **$0.00** |
| **Elizabeth Feller**<br>**407 Winola Road**<br>**Clarks Summit, PA 18411**<br>**Director (Wages)** | **06/10/2011** | **$151.50** | **$0.00** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Elizabeth Feller<br>407 Winola Road<br>Clarks Summit, PA 18411<br>Director (Wages) | 06/03/2011 | $146.50 | $0.00 |
| Elizabeth Feller<br>407 Winola Road<br>Clarks Summit, PA 18411<br>Director (Wages) | 05/27/2011 | $151.50 | $0.00 |
| Elizabeth Feller<br>407 Winola Road<br>Clarks Summit, PA 18411<br>Director (Wages) | 05/20/2011 | $151.50 | $0.00 |
| Elizabeth Feller<br>407 Winola Road<br>Clarks Summit, PA 18411<br>Director (Wages) | 5/13/2011 | $151.50 | $0.00 |
| Elizabeth Feller<br>407 Winola Road<br>Clarks Summit, PA 18411<br>Director (Wages) | 05/06/2011 | $151.50 | $0.00 |
| Elizabeth Feller<br>407 Winola Road<br>Clarks Summit, PA 18411<br>Director (Wages) | 04/29/2011 | $151.50 | $0.00 |
| Elizabeth Feller<br>407 Winola Road<br>Clarks Summit, PA 18411<br>Director (Wages) | 04/22/2011 | $151.50 | $0.00 |
| Elizabeth Feller<br>407 Winola Road<br>Clarks Summit, PA 18411<br>Director (Wages) | 04/15/2011 | $151.50 | $0.00 |
| Elizabeth Feller<br>407 Winola Road<br>Clarks Summit, PA 18411<br>Director (Wages) | 04/08/2011 | $151.50 | $0.00 |
| Elizabeth Feller<br>407 Winola Road<br>Clarks Summit, PA 18411<br>Director (Wages) | 04/01/2011 | $146.50 | $0.00 |
| Elizabeth Feller<br>407 Winola Road<br>Clarks Summit, PA 18411<br>Director (Wages) | 03/25/2011 | $151.50 | $0.00 |
| Elizabeth Feller<br>407 Winola Road<br>Clarks Summit, PA 18411<br>Director (Wages) | 03/18/2011 | $151.50 | $0.00 |
| Elizabeth Feller<br>407 Winola Road<br>Clarks Summit, PA 18411<br>Director (Wages) | 03/11/2011 | $151.50 | $0.00 |

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Elizabeth Feller**<br>**407 Winola Road**<br>**Clarks Summit, PA 18411**<br>**Director (Wages)** | **03/04/2011** | **$146.50** | **$0.00** |
| **Elizabeth Feller**<br>**407 Winola Road**<br>**Clarks Summit, PA 18411**<br>**Director (Wages)** | **02/25/2011** | **$151.50** | **$0.00** |
| **Elizabeth Feller**<br>**407 Winola Road**<br>**Clarks Summit, PA 18411**<br>**Director (Wages)** | **02/18/2011** | **$151.50** | **$0.00** |
| **Elizabeth Feller**<br>**407 Winola Road**<br>**Clarks Summit, PA 18411**<br>**Director (Wages)** | **02/11/2011** | **$151.50** | **$0.00** |
| **Elizabeth Feller**<br>**407 Winola Road**<br>**Clarks Summit, PA 18411**<br>**Director (Wages)** | **02/04/2011** | **$146.50** | **$0.00** |
| **Elizabeth Feller**<br>**407 Winola Road**<br>**Clarks Summit, PA 18411**<br>**Director (Wages)** | **01/28/2011** | **$157.85** | **$0.00** |
| **Elizabeth Feller**<br>**407 Winola Road**<br>**Clarks Summit, PA 18411**<br>**Director (Wages)** | **01/21/2011** | **$157.85** | **$0.00** |
| **Elizabeth Feller**<br>**407 Winola Road**<br>**Clarks Summit, PA 18411**<br>**Director (Wages)** | **01/14/2011** | **$157.85** | **$0.00** |
| **Elizabeth Feller**<br>**407 Winola Road**<br>**Clarks Summit, PA 18411**<br>**Director (Wages)** | **01/07/2011** | **$152.85** | **$0.00** |
| **Elizabeth Feller**<br>**407 Winola Road**<br>**Clarks Summit, PA 18411**<br>**Director (Wages)** | **12/31/2010** | **$154.35** | **$0.00** |
| **Elizabeth Feller**<br>**407 Winola Road**<br>**Clarks Summit, PA 18411**<br>**Director (Wages)** | **12/24/2010** | **$154.35** | **$0.00** |
| **Elizabeth Feller**<br>**407 Winola Road**<br>**Clarks Summit, PA 18411**<br>**Director (Wages)** | **12/17/2010** | **$154.35** | **$0.00** |
| **Elizabeth Feller**<br>**407 Winola Road**<br>**Clarks Summit, PA 18411**<br>**Director (Wages)** | **12/10/2010** | **$154.35** | **$0.00** |

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Elizabeth Feller**<br>**407 Winola Road**<br>**Clarks Summit, PA 18411**<br>**Director (Wages)** | **12/03/2010** | **$149.35** | **$0.00** |
| **Elizabeth Feller**<br>**407 Winola Road**<br>**Clarks Summit, PA 18411**<br>**Director (Wages)** | **11/26/2010** | **$154.35** | **$0.00** |
| **Elizabeth Feller**<br>**407 Winola Road**<br>**Clarks Summit, PA 18411**<br>**Director (Wages)** | **11/19/2010** | **$154.35** | **$0.00** |
| **Elizabeth Feller**<br>**407 Winola Road**<br>**Clarks Summit, PA 18411**<br>**Director (Wages)** | **11/12/2010** | **$154.35** | **$0.00** |
| **Elizabeth Feller**<br>**407 Winola Road**<br>**Clarks Summit, PA 18411**<br>**Director (Wages)** | **11/05/2010** | **$149.35** | **$0.00** |
| **Elizabeth Feller**<br>**407 Winola Road**<br>**Clarks Summit, PA 18411**<br>**Director (Wages)** | **10/29/2010** | **$154.35** | **$0.00** |
| **Elizabeth Feller**<br>**407 Winola Road**<br>**Clarks Summit, PA 18411**<br>**Director (Wages)** | **10/22/2010** | **$154.35** | **$0.00** |
| **Elizabeth Feller**<br>**407 Winola Road**<br>**Clarks Summit, PA 18411**<br>**Director (Wages)** | **10/15/2010** | **$154.35** | **$0.00** |
| **Elizabeth Feller**<br>**407 Winola Road**<br>**Clarks Summit, PA 18411**<br>**Director (Wages)** | **10/08/2010** | **$154.35** | **$0.00** |
| **Elizabeth Feller**<br>**407 Winola Road**<br>**Clarks Summit, PA 18411**<br>**Director (Wages)** | **10/01/2010** | **$149.35** | **$0.00** |
| **Elizabeth Feller**<br>**407 Winola Road**<br>**Clarks Summit, PA 18411**<br>**Director (Wages)** | **09/24/2010** | **$154.35** | **$0.00** |
| **Elizabeth Feller**<br>**407 Winola Road**<br>**Clarks Summit, PA 18411**<br>**Director (Wages)** | **09/17/2010** | **$154.35** | **$0.00** |
| **Elizabeth Feller**<br>**407 Winola Road**<br>**Clarks Summit, PA 18411**<br>**Director (Wages)** | **09/10/2010** | **$154.35** | **$0.00** |

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Elizabeth Feller**<br>**407 Winola Road**<br>**Clarks Summit, PA 18411**<br>    **Director (Wages)** | **09/03/2010** | **$149.35** | **$0.00** |
| **Elizabeth Feller**<br>**407 Winola Road**<br>**Clarks Summit, PA 18411**<br>    **Director (Wages)** | **08/27/2010** | **$154.35** | **$0.00** |
| **Elizabeth Feller**<br>**407 Winola Road**<br>**Clarks Summit, PA 18411**<br>    **Director (Wages)** | **08/20/2010** | **$154.35** | **$0.00** |
| **Elizabeth Feller**<br>**407 Winola Road**<br>**Clarks Summit, PA 18411**<br>    **Director (Wages)** | **08/13/2010** | **$154.35** | **$0.00** |
| **Elizabeth Feller**<br>**407 Winola Road**<br>**Clarks Summit, PA 18411**<br>    **Director (Wages)** | **08/05/2010** | **$149.35** | **$0.00** |
| **Nancy Hasty**<br>**804 N. Webster Ave**<br>**Scranton, PA 18510**<br>    **Dir. Spouse (Ind Contractor)** | **06/30/2011** | **$740.23** | **$0.00** |
| **Nancy Hasty**<br>**804 N. Webster Ave**<br>**Scranton, PA 18510**<br>    **Dir Spouse (Ind Contractor)** | **06/30/2011** | **$1,198.24** | **$0.00** |
| **Nancy Hasty**<br>**804 N. Webster Ave**<br>**Scranton, PA 18510**<br>    **Dir Spouse (Ind Contractor)** | **06/23/2011** | **$550.00** | **$0.00** |
| **Nancy Hasty**<br>**804 N. Webster Ave**<br>**Scranton, PA 18510**<br>    **Dir Spouse (Ind Contractor)** | **06/16/2011** | **$550.00** | **$0.00** |
| **Nancy Hasty**<br>**804 N. Webster Ave**<br>**Scranton, PA 18510**<br>    **Dir Spouse (Ind Contractor)** | **06/10/2011** | **$687.38** | **$0.00** |
| **Nancy Hasty**<br>**804 N. Webster Ave**<br>**Scranton, PA 18510**<br>    **Dir Spouse (Literary Rights)** | **03/25/2011** | **$250.00** | **$0.00** |
| **Nancy Hasty**<br>**804 N. Webster Ave**<br>**Scranton, PA 18510**<br>    **Dir Spouse (Ind Contractor)** | **03/16/2011** | **$750.00** | **$0.00** |
| **Nancy Hasty**<br>**804 N. Webster Ave**<br>**Scranton, PA 18510**<br>    **Dir Spouse (Ind Contractor)** | **02/25/2011** | **$900.00** | **$0.00** |

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Nancy Hasty**<br>**804 N. Webster Ave**<br>**Scranton, PA 18510**<br>**Dir Spouse (Ind Contractor)** | **01/31/2011** | **$500.00** | **$0.00** |
| **Nancy Hasty**<br>**804 N. Webster Ave**<br>**Scranton, PA 18510**<br>**Dir Spouse (Ind Contractor)** | **01/16/2011** | **$1,200.00** | **$0.00** |
| **Nancy Hasty**<br>**804 N. Webster Ave**<br>**Scranton, PA 18510**<br>**Dir Spouse (Ind Contractor)** | **12/08/2010** | **$1,150.00** | **$0.00** |
| **Nancy Hasty**<br>**804 N. Webster Ave**<br>**Scranton, PA 18510**<br>**Dir Spouse (Ind Contractor)** | **10/20/2010** | **$117.72** | **$0.00** |
| **Nancy Hasty**<br>**804 N. Webster Ave**<br>**Scranton, PA 18510**<br>**Dir Spouse (Ind Contractor)** | **10/05/2010** | **$98.86** | **$0.00** |
| **Nancy Hasty**<br>**804 N. Webster Ave**<br>**Scranton, PA 18510**<br>**Dir Spouse (Literary Rights)** | **09/27/2010** | **$50.00** | **$0.00** |
| **Nancy Hasty**<br>**804 N. Webster Ave**<br>**Scranton, PA 18510**<br>**Dir Spouse (Ind Contractor)** | **08/12/2010** | **$1,750.00** | **$0.00** |
| **Nancy Hasty**<br>**804 N. Webster Ave**<br>**Scranton, PA 18510**<br>**Dir Spouse (Literary Rights)** | **08/03/2010** | **$100.00** | **$0.00** |
| **Elizabeth Feller**<br>**407 Winola Road**<br>**Clarks Summit, PA 18411**<br>**Director (reimburse-actor travel)** | **04/30/2011** | **$146.00** | **$0.00** |
| **Elizabeth Feller**<br>**407 Winola Road**<br>**Clarks Summit, PA 18411**<br>**Director (reimburse-actor travel)** | **09/07/2010** | **$120.25** | **$0.00** |
| **Elizabeth Feller**<br>**407 Winola Road**<br>**Clarks Summit, PA 18411**<br>**Director (Ind Contractor)** | **08/12/2010** | **$877.98** | **$0.00** |
| **Elizabeth Feller**<br>**407 Winola Road**<br>**Clarks Summit, PA 18411**<br>**Director (reimburse-supplies)** | **08/03/2010** | **$90.17** | **$0.00** |
| **Elizabeth Feller**<br>**407 Winola Road**<br>**Clarks Summit, PA 18411**<br>**Director (reimburse-fund raising)** | **07/23/10** | **$85.84** | **$0.00** |

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com   Best Case Bankruptcy

Case 5:11-bk-05561-JJT Doc 1 Filed 08/10/11 Entered 08/10/11 11:01:06 Desc
Main Document Page 30 of 51

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **David Zarko**<br>**600 Clay Avenue**<br>**Scranton, PA 18510**<br>**Manager (Wages)** | **05/27/2011** | **$147.30** | **$0.00** |
| **David Zarko**<br>**600 Clay Avenue**<br>**Scranton, PA 18510**<br>**Manager (Wages)** | **05/20/2011** | **$147.30** | **$0.00** |
| **David Zarko**<br>**600 Clay Avenue**<br>**Scranton, PA 18510**<br>**Manager (Wages)** | **05/13/2011** | **$147.30** | **$0.00** |
| **David Zarko**<br>**600 Clay Avenue**<br>**Scranton, PA 18510**<br>**Manager (Wages)** | **05/06/2011** | **$147.30** | **$0.00** |
| **David Zarko**<br>**600 Clay Avenue**<br>**Scranton, PA 18510**<br>**Manager (Wages)** | **04/29/2011** | **$147.30** | **$0.00** |
| **David Zarko**<br>**600 Clay Avenue**<br>**Scranton, PA 18510**<br>**Manager (Wages)** | **04/22/2011** | **$147.30** | **$0.00** |
| **David Zarko**<br>**600 Clay Avenue**<br>**Scranton, PA 18510**<br>**Manager (Wages)** | **04/15/2011** | **$147.30** | **$0.00** |
| **David Zarko**<br>**600 Clay Avenue**<br>**Scranton, PA 18510**<br>**Manager (Wages)** | **04/08/2011** | **$147.30** | **$0.00** |
| **David Zarko**<br>**600 Clay Avenue**<br>**Scranton, PA 18510**<br>**Manager (Wages)** | **04/01/2011** | **$142.30** | **$0.00** |
| **David Zarko**<br>**600 Clay Avenue**<br>**Scranton, PA 18510**<br>**Manager (Wages)** | **03/25/2011** | **$147.30** | **$0.00** |
| **David Zarko**<br>**600 Clay Avenue**<br>**Scranton, PA 18510**<br>**Manager (Wages)** | **03/18/2011** | **$147.30** | **$0.00** |
| **David Zarko**<br>**600 Clay Avenue**<br>**Scranton, PA 18510**<br>**Manager (Wages)** | **03/11/2011** | **$147.30** | **$0.00** |
| **David Zarko**<br>**600 Clay Avenue**<br>**Scranton, PA 18510**<br>**Manager (Wages)** | **03/04/2011** | **$142.30** | **$0.00** |

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **David Zarko**<br>**600 Clay Avenue**<br>**Scranton, PA 18510**<br>**Manager (Wages)** | **02/25/2011** | **$147.30** | **$0.00** |
| **David Zarko**<br>**600 Clay Avenue**<br>**Scranton, PA 18510**<br>**Manager (Wages)** | **02/18/2011** | **$147.30** | **$0.00** |
| **David Zarko**<br>**600 Clay Avenue**<br>**Scranton, PA 18510**<br>**Manager (Wages)** | **02/11/2011** | **$142.30** | **$0.00** |
| **David Zarko**<br>**600 Clay Avenue**<br>**Scranton, PA 18510**<br>**Manager (Wages)** | **02/04/2011** | **$142.30** | **$0.00** |
| **David Zarko**<br>**600 Clay Avenue**<br>**Scranton, PA 18510**<br>**Manager (Wages)** | **01/28/2011** | **$153.65** | **$0.00** |
| **David Zarko**<br>**600 Clay Avenue**<br>**Scranton, PA 18510**<br>**Manager (Wages)** | **01/21/2011** | **$153.65** | **$0.00** |
| **David Zarko**<br>**600 Clay Avenue**<br>**Scranton, PA 18510**<br>**Manager (Wages)** | **01/14/2011** | **$153.65** | **$0.00** |
| **David Zarko**<br>**600 Clay Avenue**<br>**Scranton, PA 18510**<br>**Manager (Wages)** | **01/07/2011** | **$148.65** | **$0.00** |
| **David Zarko**<br>**600 Clay Avenue**<br>**Scranton, PA 18510**<br>**Manager (Wages)** | **12/31/2010** | **$150.15** | **$0.00** |
| **David Zarko**<br>**600 Clay Avenue**<br>**Scranton, PA 18510**<br>**Manager (Wages)** | **12/24/2010** | **$150.15** | **$0.00** |
| **David Zarko**<br>**600 Clay Avenue**<br>**Scranton, PA 18510**<br>**Manager (Wages)** | **12/17/2010** | **$150.15** | **$0.00** |
| **David Zarko**<br>**600 Clay Avenue**<br>**Scranton, PA 18510**<br>**Manager (Wages)** | **12/10/2010** | **$150.15** | **$0.00** |
| **David Zarko**<br>**600 Clay Avenue**<br>**Scranton, PA 18510**<br>**Manager (Wages)** | **12/03/2010** | **$145.15** | **$0.00** |

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **David Zarko**<br>**600 Clay Avenue**<br>**Scranton, PA 18510**<br>**Manager (Wages)** | **11/26/2010** | **$150.15** | **$0.00** |
| **David Zarko**<br>**600 Clay Avenue**<br>**Scranton, PA 18510**<br>**Manager (Wages)** | **11/19/2010** | **$150.15** | **$0.00** |
| **David Zarko**<br>**600 Clay Avenue**<br>**Scranton, PA 18510**<br>**Manager (Wages)** | **11/12/2010** | **$150.15** | **$0.00** |
| **David Zarko**<br>**600 Clay Avenue**<br>**Scranton, PA 18510**<br>**Manager (Wages)** | **11/05/2010** | **$145.15** | **$0.00** |
| **David Zarko**<br>**600 Clay Avenue**<br>**Scranton, PA 18510**<br>**Manager (Wages)** | **10/29/2010** | **$150.15** | **$0.00** |
| **David Zarko**<br>**600 Clay Avenue**<br>**Scranton, PA 18510**<br>**Manager (Wages)** | **10/22/2010** | **$150.15** | **$0.00** |
| **David Zarko**<br>**600 Clay Avenue**<br>**Scranton, PA 18510**<br>**Manager (Wages)** | **10/15/2010** | **$150.15** | **$0.00** |
| **David Zarko**<br>**600 Clay Avenue**<br>**Scranton, PA 18510**<br>**Manager (Wages)** | **10/08/2010** | **$150.15** | **$0.00** |
| **David Zarko**<br>**600 Clay Avenue**<br>**Scranton, PA 18510**<br>**Manager (Wages)** | **10/01/2010** | **$145.15** | **$0.00** |
| **David Zarko**<br>**600 Clay Avenue**<br>**Scranton, PA 18510**<br>**Manager (Wages)** | **09/24/2010** | **$150.15** | **$0.00** |
| **David Zarko**<br>**600 Clay Avenue**<br>**Scranton, PA 18510**<br>**Manager (Wages)** | **09/17/2010** | **$150.15** | **$0.00** |
| **David Zarko**<br>**600 Clay Avenue**<br>**Scranton, PA 18510**<br>**Manager (Wages)** | **09/10/2010** | **$150.15** | **$0.00** |
| **David Zarko**<br>**600 Clay Avenue**<br>**Scranton, PA 18510**<br>**Manager (Wages)** | **09/03/2010** | **$145.15** | **$0.00** |

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| David Zarko<br>600 Clay Avenue<br>Scranton, PA 18510<br>Manager (Wages) | 08/27/2010 | $150.15 | $0.00 |
| David Zarko<br>600 Clay Avenue<br>Scranton, PA 18510<br>Manager (Wages) | 08/20/2010 | $150.15 | $0.00 |
| David Zarko<br>600 Clay Avenue<br>Scranton, PA 18510<br>Manager (Wages) | 08/13/2010 | $150.15 | $0.00 |
| David Zarko<br>600 Clay Avenue<br>Scranton, PA 18510<br>Manager (Wages) | 08/05/2010 | $145.15 | $0.00 |
| David Zarko<br>600 Clay Avenue<br>Scranton, PA 18510<br>Manager (Ind Contr Fee) | 06/03/2011 | $60.00 | $0.00 |
| David Zarko<br>600 Clay Avenue<br>Scranton, PA 18510<br>Manager (Fee for directing play) | 04/23/2011 | $2,750.00 | $0.00 |
| David Zarko<br>600 Clay Avenue<br>Scranton, PA 18510<br>Manager (Ind. Contra Fee) | 03/21/2011 | $60.00 | $0.00 |
| David Zarko<br>600 Clay Avenue<br>Scranton, PA 18510<br>Manager (Payment on loan for AEA Bond)) | 09/07/2010 | $858.00 | $0.00 |
| David Zarko<br>600 Clay Avenue<br>Scranton, PA 18510<br>Manager (Ind. Contra. Fee) | 08/20/2010 | $60.00 | $0.00 |
| James Langan<br>446 Harrison Avenue<br>Scranton, PA 18510<br>Director (Wkly ind contr fees) | 06/30/2011 | $175.00 | $0.00 |
| James Langan<br>446 Harrison Avenue<br>Scranton, PA 18510<br>Director (Ind. Contra Fee) | 06/30/2011 | $550.00 | $0.00 |
| James Langan<br>446 Harrison Avenue<br>Scranton, PA 18510<br>Director (Ind. Contra. Fee) | 06/30/2011 | $750.00 | $0.00 |
| James Langan<br>446 Harrison Avenue<br>Scranton, PA 18510<br>Director (Wkly Ind. Contra. Fee) | 06/25/2011 | $175.00 | $0.00 |

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **James Langan**<br>**446 Harrison Avenue**<br>**Scranton, PA 18510**<br>    **Director (Ind. Contr Fee)** | **06/23/2011** | **$100.00** | **$0.00** |
| **James Langan**<br>**446 Harrison Avenue**<br>**Scranton, PA 18510**<br>    **Director (Wkly ind contr fees)** | 06/17/2011 | $175.00 | $0.00 |
| **James Langan**<br>**446 Harrison Avenue**<br>**Scranton, PA 18510**<br>    **Director (Ind. Contra Fee)** | 06/16/2011 | $100.00 | $0.00 |
| **James Langan**<br>**446 Harrison Avenue**<br>**Scranton, PA 18510**<br>    **Director (Ind. Contra. Fee)** | 06/10/2011 | $100.00 | $0.00 |
| **James Langan**<br>**446 Harrison Avenue**<br>**Scranton, PA 18510**<br>    **Director (Wkly ind contr fees)** | 06/10/2011 | $175.00 | $0.00 |
| **James Langan**<br>**446 Harrison Avenue**<br>**Scranton, PA 18510**<br>    **Director (Wkly ind contr fees)** | 06/03/2011 | $175.00 | $0.00 |
| **James Langan**<br>**446 Harrison Avenue**<br>**Scranton, PA 18510**<br>    **Director (Wkly ind contr fees)** | 05/27/2011 | $175.00 | $0.00 |
| **James Langan**<br>**446 Harrison Avenue**<br>**Scranton, PA 18510**<br>    **Director (Wkly ind contr fees)** | 05/20/2011 | $175.00 | $0.00 |
| **James Langan**<br>**446 Harrison Avenue**<br>**Scranton, PA 18510**<br>    **Director (Wkly contr fees)** | 05/13/2011 | $175.00 | $0.00 |
| **James Langan**<br>**446 Harrison Avenue**<br>**Scranton, PA 18510**<br>    **Director (Wkly contr fees)** | 05/06/2011 | $175.00 | $0.00 |
| **James Langan**<br>**446 Harrison Avenue**<br>**Scranton, PA 18510**<br>    **Director (Wkly contr fees)** | 04/29/2011 | $175.00 | $0.00 |
| **James Langan**<br>**446 Harrison Avenue**<br>**Scranton, PA 18510**<br>    **Director (wkly ind contr fees)** | 04/22/2011 | $175.00 | $0.00 |
| **James Langan**<br>**446 Harrison Avenue**<br>**Scranton, PA 18510**<br>    **Director (Wkly ind contr fees)** | 04/15/2011 | $175.00 | $0.00 |

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| James Langan<br>446 Harrison Avenue<br>Scranton, PA 18510<br>   Director (Wkly ind contr fees) | 04/08/2011 | $175.00 | $0.00 |
| James Langan<br>446 Harrison Avenue<br>Scranton, PA 18510<br>   Director (Wkly ind contr fees) | 04/01/2011 | $175.00 | $0.00 |
| James Langan<br>446 Harrison Avenue<br>Scranton, PA 18510<br>   Director (Ind. Contra. Fee) | 04/01/2011 | $200.00 | $0.00 |
| James Langan<br>446 Harrison Avenue<br>Scranton, PA 18510<br>   Director (Wkly ind contr fees) | 03/25/2011 | $175.00 | $0.00 |
| James Langan<br>446 Harrison Avenue<br>Scranton, PA 18510<br>   Director (Ind. Contra. Fee) | 03/25/2011 | $200.00 | $0.00 |
| James Langan<br>446 Harrison Avenue<br>Scranton, PA 18510<br>   Director (Wkly ind contr fees) | 03/18/2011 | $175.00 | $0.00 |
| James Langan<br>446 Harrison Avenue<br>Scranton, PA 18510<br>   Director (Ind. Contra. Fee) | 03/16/2011 | $150.00 | $0.00 |
| James Langan<br>446 Harrison Avenue<br>Scranton, PA 18510<br>   Director (Wkly ind contr fees) | 03/11/2011 | $175.00 | $0.00 |
| James Langan<br>446 Harrison Avenue<br>Scranton, PA 18510<br>   Director (Wkly ind contr fees) | 03/04/2011 | $175.00 | $0.00 |
| James Langan<br>446 Harrison Avenue<br>Scranton, PA 18510<br>   Director (Ind. Contra. Fee) | 03/04/2011 | $176.47 | $0.00 |
| James Langan<br>446 Harrison Avenue<br>Scranton, PA 18510<br>   Director (Wkly ind contr fees) | 02/25/2011 | $175.00 | $0.00 |
| James Langan<br>446 Harrison Avenue<br>Scranton, PA 18510<br>   Director (Wkly ind contr fees) | 02/18/2011 | $175.00 | $0.00 |
| James Langan<br>446 Harrison Avenue<br>Scranton, PA 18510<br>   Director (Wkly ind contr fees) | 02/11/2011 | $175.00 | $0.00 |

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| James Langan<br>446 Harrison Avenue<br>Scranton, PA 18510<br>Director (Wkly ind contr fees) | 02/04/2011 | $175.00 | $0.00 |
| James Langan<br>446 Harrison Avenue<br>Scranton, PA 18510<br>Director (Wkly ind contr fees) | 01/28/2011 | $175.00 | $0.00 |
| James Langan<br>446 Harrison Avenue<br>Scranton, PA 18510<br>Director (Wkly ind contr fees) | 01/21/2011 | $175.00 | $0.00 |
| James Langan<br>446 Harrison Avenue<br>Scranton, PA 18510<br>Director (Wkly ind contr fees) | 01/14/2011 | $175.00 | $0.00 |
| James Langan<br>446 Harrison Avenue<br>Scranton, PA 18510<br>Director (Wkly ind contr fees) | 01/07/2011 | $175.00 | $0.00 |
| James Langan<br>446 Harrison Avenue<br>Scranton, PA 18510<br>Director (Wkly ind contr fees) | 12/31/2010 | $175.00 | $0.00 |
| James Langan<br>446 Harrison Avenue<br>Scranton, PA 18510<br>Director (Wkly ind contr fees) | 12/24/2010 | $175.00 | $0.00 |
| James Langan<br>446 Harrison Avenue<br>Scranton, PA 18510<br>Director (Wkly ind contr fees) | 12/17/2010 | $175.00 | $0.00 |
| James Langan<br>446 Harrison Avenue<br>Scranton, PA 18510<br>Director (Wkly ind contr fees) | 12/11/2010 | $175.00 | $0.00 |
| James Langan<br>446 Harrison Avenue<br>Scranton, PA 18510<br>Director (Ind. Contra. Fee) | 12/08/2010 | $75.00 | $0.00 |
| James Langan<br>446 Harrison Avenue<br>Scranton, PA 18510<br>Director (Wkly ind contr fees) | 12/03/2010 | $175.00 | $0.00 |
| James Langan<br>446 Harrison Avenue<br>Scranton, PA 18510<br>Director (Wkly ind contr fees) | 11/26/2010 | $175.00 | $0.00 |
| James Langan<br>446 Harrison Avenue<br>Scranton, PA 18510<br>Director (Wkly ind contr fees) | 11/19/2010 | $175.00 | $0.00 |

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| James Langan<br>446 Harrison Avenue<br>Scranton, PA 18510<br>    Director (Wkly ind contr fees) | 11/12/2010 | $175.00 | $0.00 |
| James Langan<br>446 Harrison Avenue<br>Scranton, PA 18510<br>    Director (Wkly ind contr fees) | 11/05/2010 | $175.00 | $0.00 |
| James Langan<br>446 Harrison Avenue<br>Scranton, PA 18510<br>    Director (Wkly ind contr fees) | 10/29/2010 | $175.00 | $0.00 |
| James Langan<br>446 Harrison Avenue<br>Scranton, PA 18510<br>    Director (Ind. Contra. Fee) | 10/29/2010 | $197.00 | $0.00 |
| James Langan<br>446 Harrison Avenue<br>Scranton, PA 18510<br>    Director (Ind. Contra. Fee) | 10/22/2010 | $197.00 | $0.00 |
| James Langan<br>446 Harrison Avenue<br>Scranton, PA 18510<br>    Director (Wkly ind contr fees) | 10/22/2010 | $175.00 | $0.00 |
| James Langan<br>446 Harrison Avenue<br>Scranton, PA 18510<br>    Director (Wkly ind contr fees) | 10/15/2010 | $175.00 | $0.00 |
| James Langan<br>446 Harrison Avenue<br>Scranton, PA 18510<br>    Director (Ind. Contra. Fee) | 10/15/2010 | $197.00 | $0.00 |
| James Langan<br>446 Harrison Avenue<br>Scranton, PA 18510<br>    Director (Ind. Contra Fee) | 10/08/2010 | $197.00 | $0.00 |
| James Langan<br>446 Harrison Avenue<br>Scranton, PA 18510<br>    Director (Wkly ind. contr fees) | 10/08/2010 | $175.00 | $0.00 |
| James Langan<br>446 Harrison Avenue<br>Scranton, PA 18510<br>    Director (Wkly ind contr fees) | 10/01/2010 | $175.00 | $0.00 |
| James Langan<br>446 Harrison Avenue<br>Scranton, PA 18510<br>    Director (Ind. Contra. Fee) | 10/01/2010 | $197.00 | $0.00 |
| James Langan<br>446 Harrison Avenue<br>Scranton, PA 18510<br>    Director (Ind. Contra. Fee) | 09/27/2010 | $100.00 | $0.00 |

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **James Langan**<br>**446 Harrison Avenue**<br>**Scranton, PA 18510**<br>**Director (Ind. Contra. Fee)** | **09/24/2010** | **$197.00** | **$0.00** |
| **James Langan**<br>**446 Harrison Avenue**<br>**Scranton, PA 18510**<br>**Director (Wkly ind contr fees)** | **09/24/2010** | **$175.00** | **$0.00** |
| **James Langan**<br>**446 Harrison Avenue**<br>**Scranton, PA 18510**<br>**Director (Wkly ind contr fees)** | **09/17/2010** | **$175.00** | **$0.00** |
| **James Langan**<br>**446 Harrison Avenue**<br>**Scranton, PA 18510**<br>**Director (Ind. Contra. Fee)** | **09/17/2010** | **$197.00** | **$0.00** |
| **James Langan**<br>**446 Harrison Avenue**<br>**Scranton, PA 18510**<br>**Director (Wkly ind contr fees)** | **09/10/2010** | **$175.00** | **$0.00** |
| **James Langan**<br>**446 Harrison Avenue**<br>**Scranton, PA 18510**<br>**Director (Wkly ind contr fees)** | **09/03/2010** | **$175.00** | **$0.00** |
| **James Langan**<br>**446 Harrison Avenue**<br>**Scranton, PA 18510**<br>**Director (Wkly ind contr fees)** | **08/27/2010** | **$175.00** | **$0.00** |
| **James Langan**<br>**446 Harrison Avenue**<br>**Scranton, PA 18510**<br>**Director (Wkly ind contr fees)** | **08/20/2010** | **$175.00** | **$0.00** |
| **James Langan**<br>**446 Harrison Avenue**<br>**Scranton, PA 18510**<br>**Director (Wkly ind contr fees)** | **08/13/2010** | **$175.00** | **$0.00** |
| **James Langan**<br>**446 Harrison Avenue**<br>**Scranton, PA 18510**<br>**Director (Ind. Contra. Fee)** | **08/12/2010** | **$810.00** | **$0.00** |
| **James Langan**<br>**446 Harrison Avenue**<br>**Scranton, PA 18510**<br>**Director (Wkly ind contr fees)** | **08/06/2010** | **$175.00** | **$0.00** |
| **Elizabeth Feller**<br>**407 Winola Road**<br>**Clarks Summit, PA 18411**<br>**(Loan repayment)** | **01/10/2011** | **$1,000.00** | **$0.00** |
| **Elizabeth Feller**<br>**407 Winola Road**<br>**Clarks Summit, PA 18411**<br>**(Loan repayment)** | **04/19/11** | **$1,000.00** | **$0.00** |

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Elizabeth Feller**<br>**407 Winola Road**<br>**Clarks Summit, PA 18411**<br>    **(Loan repayment)** | **05/03/2011** | **$1,000.00** | **$0.00** |
| **James Langan**<br>**446 Harrison Avenue**<br>**Scranton, PA 18510**<br>    **Director (Ind. Contra. Fee)** | **08/03/2010** | **$100.00** | **$0.00** |
| **Elizabeth Feller**<br>**407 Winola Road**<br>**Clarks Summit, PA 18411**<br>    **Director (Ind contr fee)** | **07/08/2011** | **$200.00** | **$0.00** |
| **Elizabeth Feller**<br>**407 Winola Road**<br>**Clarks Summit, PA 18411**<br>    **Director (Ind Cont Fee)** | **08/02/2011** | **$400.00** | **$0.00** |

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

### 5. Repossessions, foreclosures and returns

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

### 6. Assignments and receiverships

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None □ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Sposto Law Offices** **108 N. Washington Avenue** **Suite 701** **Scranton, PA 18503** | **06/20/2011** | **$1,000.00** |
| **Sposto Law Offices** **108 N. Washington Avenue** **Suite 701** **Scranton, PA 18503** | **07/08/2011** | **$2,700.00** |
| **Bankruptcy Court** | **07/08/2011** | **$299.00** |

### 10. Other transfers

None ■ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11. Closed financial accounts

None ☐   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **Bank of America<br>P O Box 25118<br>Tampa, FL 33622** | **Business Economy Checking<br>(#9869)** | **05/27/2011<br>$23.55** |
| **Fidelity Bank<br>338 N. Washington Avenue<br>Scranton, PA 18503** | **Checking Account<br>Electric Theatre Co./Griffin Conservatory<br>(#2014)** | **$0.62<br>Closed on July 16, 2011** |
| **Fidelity Bank<br>338 N. Washington Avenue<br>Scranton, PA 18503** | **Checking Account<br>Electric Theatre Co/Supporting Cast<br>Fund<br>(#4113)** | **$0.56<br>Closed on July 16, 2011.** |

### 12. Safe deposit boxes

None ■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs

None ☐   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |
| **Actors Equity Association<br>165 West 46th Street<br>New York, NY 10036** | **6/17/2011 (Union funds set-off against<br>Security Deposit)** | **7,121.72** |

### 14. Property held for another person

None ☐   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| **The Jermyn Apartments<br>326 Spruce Street<br>Scranton, PA 18503** | **2 large mobile serving bars<br>$200.00** | **Ticket lobby/ballroom** |

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **The Jermyn Apartments**<br>**326 Spruce Street**<br>**Scranton, PA 18503** | **1 large industrial black fan**<br>**$100.00** | **Ballroom** |
| **The Jermyn Apartments**<br>**326 Spruce Street**<br>**Scranton, PA 18503** | **Assorted "Oak Parsons" end tables and**<br>**coffee tables**<br>**$50.00** | **Throughout the space** |
| **Larry Durkin**<br>**1240 Clay Avenue**<br>**Scranton, PA 18510** | **2 Yellow Sofas**<br>**$100.00** | **Ballroom** |
| **The Jermyn Apt.**<br>**326 Spruce Street**<br>**Scranton, PA 18503** | **Several old mechanical cash registers** | **Basement Storage** |

---

### 15. Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS            NAME USED            DATES OF OCCUPANCY

---

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ■   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None □   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Elizabeth Feller** <br> **407 Winola Road** <br> **Clarks Summit, PA 18411** | **July 1, 2009 through June 30, 2011** |

None □   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Ginader, Jones, & Co.** | **321 Spruce Street** <br> **Scranton, PA 18503** | **July 1, 2009 through Present** |
| **Elizabeth Feller** | **407 Winola Road** <br> **Clarks Summit, PA 18411** | **July 1, 2009 through Present** |

None ■   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| **Margaret Briggs Foundation**<br>**c/o Mr. William Calpin**<br>**P O Box 937**<br>**Scranton, PA 18501** | **2008 and 2009** |
| **Dramatists Guild Foundation**<br>**1501 Broadway**<br>**7th Floor**<br>**New York, NY 10036** | **2008 and 2009** |
| **Willary Foundation**<br>**P O Box 283**<br>**Scranton, PA 18501** | **2008 and 2009** |
| **Lack. Cnty Off of Arts & Edu**<br>**200 Adams Avenue**<br>**Scranton, PA 18503** | **2008 and 2009** |
| **Lack Heritage Vally Auth**<br>**1300 Old Plank Rd**<br>**Mayfield, PA 18433** | **2008 and 2009** |
| **PA Council on the Arts**<br>**216 Finance Bldg**<br>**Harrisburg, PA 17120** | **2008 and 2009** |
| **Sovereign Bank Foundation**<br>**c/o CRA Division Mng**<br>**20-536-CD2, 2**<br>**Villanova, PA 19085** | **2008 and 2009** |
| **Bureau of Charitable Organizations**<br>**207 North Office Bldg**<br>**Harrisburg, PA 17120** | **2008 and 2009** |

---

**20. Inventories**

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|-------------------|----------------------|-------------------|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|------------------------------------------------------|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|

None  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
☐  controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| John Beck<br>1509 Luzerne Street<br>Scranton, PA 18504-2341 | Board Member | N/A |
| Karen Blomain<br>824 Wheeler Avenue<br>Scranton, PA 18510 | Board Member | N/A |
| William Chamberlin<br>RR 1<br>Stone Road<br>Dalton, PA 18414 | VP/Corr Secretary/Board Member | N/A |
| James Clark<br>412 Main Avenue<br>Clarks Green, PA 18411 | Treasurer/Board Member | N/A |
| Gretchen Eagen<br>P O Box 189<br>Waverly, PA 18471 | Rec Secretary/Board Member | N/A |
| James Langan<br>446 Harrison Ave.<br>Scranton, PA 18510 | Board Member | N/A |
| Dr. Paulette Merchel<br>411 Kennedy Drive<br>Archbald, PA 18403 | Board Member | N/A |
| Gretchen Ludders<br>1248 Gravel Pond Rd<br>Clarks Summit, PA 18411 | Board Member | N/A |
| Tom Walker<br>P O Box 1278<br>Gouldsboro, PA 18424-1278 | President/Board Member | N/A |
| Sue Walker<br>P O Box 1278<br>Gouldsboro, PA 18424-1278 | Board Member | N/A |

---

**22 . Former partners, officers, directors and shareholders**

None  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■  commencement of this case.

NAME                      ADDRESS                    DATE OF WITHDRAWAL

None  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
☐  immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| Dr. Arthur Comstock<br>913 Longview Terrace<br>Clarks Summit, PA 18411 | Board Member<br>Treasurer | September 2010 |
| Dr. Patricia Dunleavy<br>112 Park Blvd.<br>Clarks Summit, PA 18411 | Board Member<br>President | 02/13/2011 |
| Maureen Duffy<br>218 Linden Street<br>Scranton, PA 18503 | Board Member | 05/05/2011 |

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Elizabeth Feller**<br>**407 Winola Road**<br>**Clarks Summit, PA 18411** | **Board Member** | **02/14/2011** |
| **Ray Houseknecht**<br>**804 N. Webster Avenue**<br>**Scranton, PA 18510** | **Board Member** | **05/19/2011** |
| **Sally Grotta**<br>**758 Main Street**<br>**Newfoundland, PA 18445** | **Board Member** | **02/19/2011** |
| **Andrea Talerico**<br>**1426 Wyoming Ave. Rear**<br>**Scranton, PA 18509** | **Board Member** | **2/14/2011** |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None
☐

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **Equity League Health Trust Fund**<br>**165 West 46th Street**<br>**New York, NY 10036** | |
| **Equity League Pension Trust Fund**<br>**165 West 46th Street**<br>**New York, NY 10036** | |
| **Society of Stage Directors & Choreographers**<br>**1501 Broadway**<br>**Suite 1701**<br>**New York, NY 10036** | |
| **United Scenic Artists Local 820 Pension and Welfare Funds**<br>**c/o Administrative Services Only, Inc.**<br>**303 Merrick Road, Suite 300**<br>**Lynbrook, NY 11563** | |

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

Case 5:11-bk-05561-JJT  Doc 1  Filed 08/10/11  Entered 08/10/11 11:01:06  Desc
Main Document  Page 47 of 51

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **August 10, 2011**          Signature   **/s/ Thomas H. Walker, Jr.**

                                                   **Thomas H. Walker, Jr.**

                                                   **President, Brd. of Dir.**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re    **The Northeast Theatre**                     Case No.
                                  Debtor(s)           Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | **3,700.00** |
| Prior to the filing of this statement I have received | $ | **3,700.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **August 10, 2011**                       **/s/ Ernest A. Sposto Jr., Esq.**
                                                 **Ernest A. Sposto Jr., Esq.**
                                                   **Sposto Law Offices, PC**
                                                   **108 N. Washington Avenue**
                                                   **Suite 701**
                                                   **Scranton, PA 18503-1818**
                                                   **(570) 340-1556   Fax: (570) 340-1557**

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re  **The Northeast Theatre**

Case No. _____

Debtor(s)

Chapter  **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President, Brd. of Dir. of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **August 10, 2011** _____

/s/ Thomas H. Walker, Jr.

**Thomas H. Walker, Jr./President, Brd. of Dir.**
Signer/Title

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re    __The Northeast Theatre__

Debtor(s)

Case No. _____

Chapter   __7__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __The Northeast Theatre__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__August 10, 2011__

Date

/s/ Ernest A. Sposto Jr., Esq.

**Ernest A. Sposto Jr., Esq.**

Signature of Attorney or Litigant

Counsel for    __The Northeast Theatre__

**Sposto Law Offices, PC**
**108 N. Washington Avenue**
**Suite 701**
**Scranton, PA 18503-1818**
**(570) 340-1556 Fax:(570) 340-1557**

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy